AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.
Jacob Ezekiel Martinez

Defendant(s)

Case No. 25-3112MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 4, 2025 in the county of Dona Ana in the District of New Mexico , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C § 2113 | Bank Robbery |

This criminal complaint is based on these facts:
See attachment.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Lilly Aldana, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence. VIA PHONE

Date: 8/6/25

[signature]
*Judge's signature*

City and state: Las Cruces, New Mexico

Gregory J. Fouratt, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lilly Aldana, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state that there is probable cause to find that Jacob Ezekiel Martinez (MARTINEZ) violated Title 18 U.S.C. § 2113(a) – Bank Robbery as follows:

> On or about August 4, 2025, in Doña Ana County, in the District of New Mexico, MARTINEZ, by force, violence, and intimidation, did take from the person and presence of another a sum of U.S. currency belonging to and in the care, custody, control, management and possession of Pioneer Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.
>
> In violation of 18 U.S.C. §§ 2113(a).

## Relevant Statute

1. Under 18 U.S.C. § 2113(a), "[w]hoever, by force and violence, or by intimidation, takes, or attempts to take, from the person or presence of another, or obtains or attempts to obtain by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association" may be fined and imprisoned for up to twenty years. A defendant is guilty of this crime if:

> (a) the defendant intentionally took from a person, or the presence of a person, money;
>
> (b) the money belonged to or was in the possession of a federally insured bank at the time of the taking; and
>
> (c) the defendant took the money by means of force and violence or by intimidation.

Criminal Pattern Jury Instructions (10th Cir. 2021), § 2.77 (Bank Robbery – 18 U.S.C. § 2113) (brackets omitted).

**Probable Cause**

1. On August 4, 2025, at approximately 4:00 p.m., a bank robbery occurred at the Pioneer Bank that is located at 705 University Avenue, Las Cruces, New Mexico. This bank has video footage that shows the bank robbery suspect, later believed to be MARTINEZ, as he is robbing the bank:





2. At approximately 4:00 p.m., MARTINEZ entered this Pioneer Bank, a bank that has its deposits insured by the Federal Deposit Insurance Corporation. MARTINEZ appeared to be wearing black sweater, black shirt, black mask, and black pants. Immediately upon entering the bank, he walked directly to a teller and informed her that he was there to cash a check. Once he arrived at the counter, however, he handed her the following note:



I am heavily armed with gun & very
powerful exsplosive with a pressure
detonator in palm of my hand
calmly empty the INSURED $ in only
your drawr showing me there ar no
dye packs and place money on Cou[illegible]
I AM NOT AlONE AND WE HAVE [illegible]ORM[illegible]ION
ABOUT [illegible]VERY EMPLOYEE. I dont want to
hurt anyone but if anyone tries to interfear
or if law inforcement is contacted sooner
than 15 minutes of me exiting building
I will detonate explosive and people/families
will be Hurt. Thank you; and my deepest
apologies!

3. In response, the teller took the cash out of the register and began to hand him the money. MARTINEZ then instructed the teller to hurry. MARTINEZ grabbed all of the cash that she handed him and walked out of the bank, taking approximately $3,513.00. The teller did not use any of the bait money.

4. Las Cruces Police Department (LCPD) identified MARTINEZ from the bank's video footage. LCPD has previously arrested MARTINEZ and transported him to Dona Ana County Detention Center (DADC) for booking. A DACDC officer was provided with pictures of MARTINEZ, including pictures of the unique tattoo that is seen on MARTINEZ' right hand in the bank robbery video. These pictures from the video—including the pictures of the tattoo on MARTINEZ's right hand as seen in the video—match the pictures that are found in DACDC's booking files.

5. On August 5, 2025, at approximately 6:30 a.m., law enforcement agents found MARTINEZ, along with other individuals, in the back seat of a vehicle that was parked outside of a residence in Las Cruces, New Mexico. Law enforcement agents then arrested MARTINEZ, who now had his head completely shaved. The other individuals that were in the vehicle at the time of the arrest reported that Martinez had arrived at that residence on the night of the bank robbery and informed them that he had $3,500.00 in cash.

**Conclusion**

6. Probable cause exists to believe that MARTINEZ, violated 18 U.S.C. § 2113(a) by robbing the Pioneer Bank in Las Cruces, New Mexico, on August 4, 2025. Assistant United States Attorney Grant Gardner reviewed the charges filed in this criminal complaint.

Respectfully submitted,

Lilly Aldana
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me via phone on August 6, 2025.

Honorable Gregory J. Fouratt
UNITED STATES MAGISTRATE JUDGE