*Rev. October 28, 2015*

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 25-3253SMD | USA vs.: | MARTINEZ |
| Date: | 9/3/2026 | Name of Deft: | JACOB EZEKIEL MARTINEZ |
| Before the Honorable: | SARAH M. DAVENPORT, UNITED STATES DISTRICT JUDGE | | |
| Time In/Out: | 11:52-12:10 PM | Total Time in Court **(for JS10)**: | 18 MINUTES |
| Clerk: | ANNETTE NANEZ | Court Reporter: | FATIMA SANCHEZ |
| AUSA: | MARIA ARMIJO | Defendant's Counsel: | VICTORIA TRULL |
| Sentencing in: | LAS CRUCES | Interpreter: | N/A |
| Probation Officer: | RHIANNON WORK | Sworn? | X Yes / No |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Convicted on: | X | Plea | | Verdict | As to: | X | Information | | Indictment |
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | | |
| If Plea Agreement: | X | Accepted | | Not Accepted | | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 7/14/2026 | | | | PSR: | X | Not Disputed | | Disputed |
| PSR: | X | Court Adopts PSR Findings | | | Evidentiary Hearing: | X | Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **SENTENCE IMPOSED** | | Imprisonment (BOP): | 37 MONTHS | | |
| Supervised Release: | 3 YEARS | Probation: | | | |
| X | 500-HOUR DRUG PROGRAM | | BOP SEX OFFENDER PROGRAM | | OTHER: |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | X | ICE not applicable |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | X | Parties have no objections to the conditions listed in Attachment A. |
| | Comply with ICE laws and regulations | X | Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |
| X | Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. | X | Parties waive reading of conditions. |
| | **OTHER:** | | |

| | | | | | |
|---|---|---|---|---|---|
| Fine: $ | | Restitution: $ | 3,513.00 | | |
| SPA: $ | 100.00 ($100) as to each Count | Payment Schedule: | X | Due Imm. | Waived |
| OTHER: | PURSUANT TO THE MANDATORY VICTIM RESTITUTION ACT, IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE RESTITUTION TO PIONEER BANK FOR $3,513. RESTITUTION SHALL BE SUBMITTED TO THE CLERK OF THE COURT, ATTENTION INTAKE, 333 LOMAS BOULEVARD N.W. SUITE 270, ALBUQUERQUE, NEW MEXICO 87102, TO THEN BE FORWARDED TO THE VICTIM(S). THE RESTITUTION WILL BE PAID IN FULL IMMEDIATELY OR IN MONTHLY INSTALLMENTS OF $200 OR 20% OF THE DEFENDANT'S INCOME, WHICHEVER IS GREATER. | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | FCI-SAFFORD OR FCI-TUCSON |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | | | |